UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
Appeal No. 24-3030

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Appellee, ) | |
| ) | **MOTION FOR EXTENSION** |
| v. ) | **OF TIME FOR BRIEF OF** |
| ) | **APPELLEE** |
| PRESTON FORTHUN, ) | |
| ) | |
| Appellant. ) | |

The Appellee, the United States of America, by and through its attorneys, Lisa D. Kirkpatrick, Acting United States Attorney for the District of Minnesota, and Erin M. Secord, Assistant United States Attorney, respectfully moves the Court pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure for an extension of time for filing its brief in the above-entitled matter.

The government's responsive brief in the above-entitled matter is due February 11, 2025. The government respectfully requests an extension of time to March 4, 2025, for submission of the responsive brief.

Appellant was convicted by jury of conspiracy to defraud auto insurance companies and of substantive counts of mail fraud and wire fraud offenses committed in executing the fraud scheme. The district court sentenced Appellant to 60 months' imprisonment. Appellant has served his period of incarceration and is out of custody.

Appellant brings three claims challenging procedures surrounding the government's efforts to collect restitution from him. He brings both administrative and constitutional challenges to those procedures. The claims arise out of a substantial procedural history that includes an original judgment, an amended judgment entered after disposition of Appellant's direct appeal from his convictions, and subsequent proceedings in district court addressing the claims raised in this appeal. Preparation of the brief has coincided with the undersigned's district court responsibilities, including preparing for and taking depositions in a separate matter and casework on other pending civil litigation. Additional time is required to complete the government's responsive brief.

In consideration of the above, the undersigned respectfully requests until March 4, 2025, to complete the government's responsive brief, circulate it for review and revision, and prepare it for filing.

Dated: February 10, 2025

Respectfully submitted,

LISA D. KIRKPATRICK
Acting United States Attorney

*/s/ Erin M. Secord*

BY: ERIN M. SECORD
Assistant U.S. Attorney
Attorney Number 0391789

2

# CERTIFICATE OF COMPLIANCE

The undersigned attorney for the United States certifies this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A). The motion has 275 words proportionally spaced using Century Schoolbook, 14-point font. The motion was prepared using Microsoft Word 365.

Dated: February 10, 2025	Respectfully submitted,

LISA D. KIRKPATRICK
Acting United States Attorney

*/s/ Erin M. Secord*

BY:　ERIN M. SECORD
Assistant U.S. Attorney
Attorney Number 0391789

# CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2025, the government's Motion for Extension of Time for Brief of Appellee was filed to the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that on February 10, 2025, a paper copy of the Motion was served via U.S. Mail on:

Mr. Preston Forthun
10017 Zinran Road, S.
Bloomington, MN 55438

*/s/Erin M. Secord*